Of Counsel:

BAYS LUNG ROSE & VOSS

DAVID R. MAJOR          9194-0
dmajor@legalhawaii.com
Attorney at Law
A Law Corporation
GRANT FASI ALLISON     10368-0
gallison@legalhawaii.com
JAI W. KEEP-BARNES     10787-0
jkeep-barnes@legalhawaii.com
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii  96813
Telephone:  (808) 523-9000
Facsimile:   (808) 533-4184

Attorneys for Defendant/Cross-Claimant
ASSOCIATION OF APARTMENT OWNERS
OF TERRAZZA/CORTEBELLA/LAS BRIAS/
TIBURON, by and through Its Board of Directors

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RANDY W. MCKEE and MYLN C. MCKEE,<br><br>          Plaintiffs,<br>     vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF TERRAZZA/ CORTEBELLA/LAS BRIAS/ TIBURON, by and through Its Board of Directors, KAPONO F. H. KIAKONA, and PORTER | CIVIL NO. 1:19-cv-00412 DKW-RT<br>(Wrongful Foreclosure)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CLAIMS AND ORDER<br><br>Judge: Honorable Derrick K. Watson<br>Trial     Vacated |

MCGUIRE KIAKONA & CHOW, LLP,

          Defendants.    )
)
_____

### STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CLAIMS AND ORDER

Plaintiffs RANDY W. MCKEE and MYLYN C. MCKEE (collectively, "Plaintiffs"), Defendant/Cross-Claimant ASSOCIATION OF APARTMENT OWNERS OF TERRAZZA/CORTEBELLA/LAS BRISAS/ TIBURON, by and through Its Board of Directors ("AOAO"), and Defendants/Cross-Claim Defendants KAPONO F.H. KIAKONA ("Kiakona") and PORTER MCGUIRE KIAKONA, LLP f/k/a PORTER TOM QUITIQUIT CHEE & WATTS, LLP ("PMK"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

    1.    This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

    2.    All of Plaintiffs' claims asserted against Defendants AOAO, Kiakona, and PMK in this action, including, but not limited to, Plaintiffs' claims asserted in their Complaint, filed July 31, 2019, are hereby dismissed with prejudice.

3. All of Defendant/Cross-Claimant AOAO's claims asserted against Defendants/Cross-Claim Defendants Kiakona and PMK in this action, including, but not limited to, the AOAO's claims asserted in its Cross-Claim, filed October 9, 2020, are hereby dismissed with prejudice.

4. There are no remaining claims or parties.

5. This Stipulation is signed by counsel for all parties that have appeared in this action.

6. Each party to bear its or his own attorneys' fees and costs.

7. The trial date and all further deadlines were vacated on March 18, 2021.

DATED: Honolulu, Hawaii, November 18, 2021.

/s/ Timothy E. Ho
STEVEN K.S. CHUNG
TIMOTHY E. HO
Attorneys for Plaintiffs RANDY W. MCKEE and MYLN C. MCKEE

/s/ Jai W. Keep-Barnes
DAVID R. MAJOR
GRANT FASI ALLISON
JAI W. KEEP-BARNES
Attorneys for Defendant/Cross-Claimant ASSOCIATION OF APARTMENT OWNERS OF TERRAZZA/ CORTEBELLA/LAS BRISAS/TIBURON, by and through Its Board of Directors

/s/ Duane R. Miyashiro
DUANE R. MIYASHIRO
Attorney for Defendants/Cross-Claim
Defendants KAPONO F.H. KIAKONA and
PORTER McGUIRE KIAKONA, LLP f/k/a
PORTER TOM QUITIQUIT CHEE &
WATTS, LLP

APPROVED AS TO FORM AND SO ORDERED:

DATED: November 18, 2021 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

================================================================

*Randy W. McKee and Mylyn C. McKee vs. Association of Apartment Owners of Terrazza/Cortebella/Las Brisas/Tiburon, by and through Its Board of Directors, et al.*; Civil No. 1:19-cv-00412-DKW-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CLAIMS AND ORDER

4

1041902.1